COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

LA BODEGA WHOLESALE, INC., §

              Appellant, §

No. 08-09-00257-CV

v. §

Appeal from the

210th District Court

LA FIESTA MEXICAN PRODUCTS, §
INC., D/B/A LA FIESTA IMPORTS &
EXPORTS, §

of El Paso County, Texas

(TC# 2003-3276)

              Appellee. §

## MEMORANDUM OPINION

The Court reviews this appeal on its own motion to determine whether it should be dismissed for want of prosecution. On September 23, 2009, Appellant, La Bodega Wholesale, Inc., filed its notice of appeal. By correspondence on the same date, the Clerk of the Court informed Appellant that it had not tendered the requisite filing fee. Appellant was warned that failure to tender such payment within twenty days may result in dismissal. Alternatively, the Clerk requested that Appellant inform the Court within twenty days if it was excused from paying the cost of the filing fee. By correspondence dated October 23, 2009, Appellant received a second notice that the filing fee had not been paid, and unless excused, had twenty days from the date of notice to remedy the deficiency. Appellant has made no payment and has not responded to this Court's requests. Therefore, pursuant to TEX. R. APP. P. 42.3(b), (c), we dismiss this appeal for want of prosecution.

GUADALUPE RIVERA, Justice

December 30, 2009

Before Chew, C.J., McClure, and Rivera, JJ.